**Dismissed; Opinion Filed October 9, 2015.**



In The

# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-15-01095-CV

### SOUTHERN MECHANICAL PLUMBING, INC., Appellant

### V.

### GCC MCCARTHY JOINT VENTURE IV, MCCARTHY BUILDING COMPANIES, INC., GCC ENTERPRISES, INC., AND WASHINGTON INTERNATIONAL INSURANCE COMPANY, Appellees

**On Appeal from the 68th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-02769**

## MEMORANDUM OPINION
Before Justices Lang, Evans, and Whitehill
Opinion by Justice Evans

Stating it does not wish to proceed with the appeal because the underlying dispute has been resolved, appellant has filed a motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*, 43.2(f).


/David W. Evans/
151095F.P05                                         DAVID EVANS
                                                    JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

SOUTHERN MECHANICAL PLUMBING, INC., Appellant

No. 05-15-01095-CV          V.

GCC MCCARTHY JOINT VENTURE IV, MCCARTHY BUILDING COMPANIES, INC., GCC ENTERPRISES, INC., AND WASHINGTON INTERNATIONAL INSURANCE COMPANY, Appellees

On Appeal from the 68th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DC-13-02769.
Opinion delivered by Justice Evans. Justices Lang and Whitehill participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellees GCC McCarthy Joint Venture IV, McCarthy Building Companies, Inc., GCC Enterprises, Inc., and Washington International Insurance Company recover their costs, if any, of this appeal from appellant Southern Mechanical Plumbing, Inc.

Judgment entered this 9th day of October, 2015.